UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PATRICIA BECKWITH, et al.,

                Plaintiffs,

against

NEW YORK CITY TRANSIT AUTHORITY,

                Defendant.

CIVIL ACTION NO.: 19 Civ. 10930 (JPO) (SLC)

**AMENDED ORDER SCHEDULING INITIAL CASE MANAGEMENT CONFERENCE**

**SARAH L. CAVE,** United States Magistrate Judge.

The initial case management conference currently scheduled for **Tuesday, April 7, 2020 at 10:00 am** will now be held **by phone** on the Court's conference line. The Parties are directed to call 866-390-1828, access code 3809799, at the scheduled time.

Dated:    New York, New York
            March 16, 2020                 SO ORDERED

                                                           _/s/ Sarah L. Cave_
                                                           **SARAH L. CAVE**
                                                           **United States Magistrate Judge**