UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PATRICIA BECKWITH, et al.,

                Plaintiffs,

against

NEW YORK CITY TRANSIT AUTHORITY,

                Defendant.

CIVIL ACTION NO.: 19 Civ. 10930 (JPO) (SLC)

**SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

In order to facilitate settlement discussions, the initial case management conference currently scheduled Tuesday, April 7, 2020 at 10:00 am is ADJOURNED sine die.

By **May 25, 2020**, the parties shall submit a status letter to the Court on the progress of settlement discussions. If the parties are not near settlement by that time, the Court will schedule the initial case management conference.

The Clerk of Court is respectfully directed to terminate the initial conference and to close the Letter Motion at ECF No. 18.

Dated:      New York, New York
              March 25, 2020

                                            SO ORDERED

                                            _____
                                            **SARAH L. CAVE**
                                            **United States Magistrate Judge**