# JacksonLewis

Jackson Lewis P.C.
666 Third Avenue
New York NY 10017-4030
(212) 545-4005 Direct
(212) 972-3213 Fax
jacksonlewis.com

Via ECF

February 24, 2022

Honorable Sarah L. Cave
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:     **Beckwith, et al v. New York City Transit Authority**
        **Civil Action No. 19-cv-10930(JPO)(SLC)**

Dear Judge Cave:

The Parties jointly submit this status letter in accordance with the Court's January 10, 2022 Order (DKT 45). Late last year, Defendant's third-party vendor that provides support for Defendant's timekeeping system suffered from a ransomware attack which is still affecting Defendant's ability to recover time and payroll data. Defendant is actively working to resolve this issue, but requires additional time to obtain these records. Therefore, the Parties respectfully request an additional 45 days for Defendant to produce these records.

We thank the Court for its consideration.

Respectfully submitted,

S/Felice B. Ekelman

Felice B. Ekelman
212-545-4005 Direct
Felice.Ekelman@jacksonlewis.com
Jackson Lewis P.C.

FBE
cc: All Counsel of Record (by ECF)

---

The parties' requested extension of time (ECF No. 46) is GRANTED. By **April 11, 2022**, the parties shall file a stipulation of dismissal or further status report on their settlement efforts.

A telephone conference is scheduled for **Friday, March 25, 2022 at 2:00 pm** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

The Clerk of Court is respectfully directed to close ECF No. 46.

SO ORDERED     2/25/2022

_/s/ Sarah L. Cave_
SARAH L. CAVE
United States Magistrate Judge