UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PATRICIA BECKWITH, et al.,

          Plaintiffs,

-v-

THE NEW YORK CITY TRANSIT AUTHORITY,

          Defendant.

CIVIL ACTION NO.: 19 Civ. 10930 (JPO) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the status conference held today, May 6, 2022, the parties shall file a joint status report regarding their settlement efforts by **July 8, 2022**. The parties are reminded that they may request a settlement conference with the Court at any time. If their settlement efforts are unsuccessful, the parties shall include in the status report a proposed schedule for the completion of any remaining discovery.

Dated:      New York, New York
              May 6, 2022

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge