UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PATRICIA BECKWITH, et al.,

                Plaintiffs,

-v-

THE NEW YORK CITY TRANSIT AUTHORITY,

                Defendant.

CIVIL ACTION NO.: 19 Civ. 10930 (JPO) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The parties' request at ECF No. 65 is GRANTED, and the Court orders as follows:

1. By **December 2, 2022**, the parties shall file a further joint letter reporting on the status of their settlement efforts. If their settlement efforts are unsuccessful, the parties shall include in the status report a proposed schedule for the completion of any remaining discovery.

2. A status conference is scheduled for **Wednesday, January 11, 2023 at 10:00 am** and will take place in person in Courtroom 18A, 500 Pearl Street, New York, New York.

Dated:      New York, New York
              November 3, 2022

                                          SO ORDERED.

                                          SARAH L. CAVE
                                          **United States Magistrate Judge**