UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PATRICIA BECKWITH, et al.,

                Plaintiffs,

-v-

                CIVIL ACTION NO.: 19 Civ. 10930 (JPO) (SLC)

THE NEW YORK CITY TRANSIT AUTHORITY,

                **ORDER**

                Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the status conference held today, February 28, 2023, the parties shall file a joint letter reporting on the status of their settlement efforts by **March 31, 2023**.

Dated:    New York, New York
           February 28, 2023

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge