UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PATRICIA BECKWITH, et al.,

                    Plaintiffs,

-v-

                    CIVIL ACTION NO.: 19 Civ. 10930 (JPO) (SLC)

THE NEW YORK CITY TRANSIT AUTHORITY,

                    **ORDER**

                    Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

The parties' request at ECF No. 78 is GRANTED IN PART and DENIED IN PART, and the Court orders as follows:

1. By **October 10, 2023**, the parties shall file a further joint letter reporting on the status of their settlement efforts.

2. A status conference is scheduled for **Thursday, October 12, 2023 at 2:00 pm** and will take place in person in Courtroom 18A, 500 Pearl Street, New York, New York.

Dated:     New York, New York
            August 22, 2023

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge