UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PATRICIA BECKWITH, et al.,

            Plaintiffs,

-v-

THE NEW YORK CITY TRANSIT AUTHORITY,

           Defendant.

CIVIL ACTION NO.: 19 Civ. 10930 (JPO) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the status conference held today, October 12, 2023, the parties shall file a joint letter reporting on the status of their settlement efforts by **November 13, 2023**. The parties are reminded that they may request a settlement conference with the Court at any time.

Dated:     New York, New York
            October 12, 2023

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge