```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/26/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PATRICIA BECKWITH, et al.,<br><br>        Plaintiffs,<br><br>-against-<br><br>THE NEW YORK CITY TRANSIT AUTHORITY,<br><br>        Defendants. | 19-CV-10930 (MMG)<br><br>**NOTICE OF<br>REASSIGNMENT** |

MARGARET M. GARNETT, United States District Judge:

  This case has been reassigned to the undersigned. Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment. All counsel must familiarize themselves with the Court's Individual Rules & Practices, which are available at https://nysd.uscourts.gov/hon-margaret-m-garnett.

Dated: February 26, 2024
    New York, New York

                    SO ORDERED.

                    _____
                    MARGARET M. GARNETT
                    United States District Judge