# JacksonLewis

**Jackson Lewis P.C.**
44 S. Broadway, 14th Floor
White Plains, NY 10604
(914) 872-8060 Main
(914) 946-1216 Fax
jacksonlewis.com

MY DIRECT DIAL IS: 914-872-6882
MY EMAIL ADDRESS IS: BRIAN.BODANSKY@JACKSONLEWIS.COM

January 30, 2025

**VIA ECF**

Honorable Sarah L. Cave
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Room 1670
New York, New York 10007

        Re: ***Beckwith, et al. v. The New York City Transit Authority*, Civil Action No. 19-cv-10930 (JPO) (SLC) - Status Report**

Dear Judge Cave:

The Parties jointly submit this request to adjourn the status conference currently scheduled for February 3, 2025. The Parties are in the final stages of finalizing the settlement agreement in this matter, and Plaintiffs intend to file a motion seeking approval of that agreement within the next few weeks. As a result, the Parties respectfully request that the Court adjourn the status conference scheduled for February 3 *sine die*, or at least for 30 days until the Parties can submit the settlement agreement for the Court's review.

Respectfully submitted,

JACKSON LEWIS P.C.

_____
Brian A. Bodansky

4939-0162-5108, v. 1

---

The parties' request at ECF No. 109 is **GRANTED in part.** The status conference set for February 3, 2025, (ECF No. 108) is **ADJOURNED** to **Wednesday, February 19, 2025 at 2:00 p.m.** in Courtroom 18A, 500 Pearl Street, New York, New York.

If the parties are able to finalize their settlement agreement and file their <u>Cheeks</u> submission before the status conference, they may request that the conference be adjourned.

The Clerk of Court is respectfully directed to close ECF No. 109.

SO ORDERED. January 31, 2025

*/s/ Sarah L. Cave*
SARAH L. CAVE
United States Magistrate Judge