**GREENBERG BURZICHELLI GREENBERG P.C.**

3000 Marcus Avenue, Suite 1W7, Lake Success, NY 11042
225 Broadway, Suite 2900, New York, NY 10007
516-570-4343 | 516-570-4348 (fax)
www.gbglawoffice.com

February 14, 2025

*By ECF*

Honorable Sarah L. Cave
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Room 1670
New York, NY 10007

  **Re:** ***Beckwith, et al. v. The New York City Transit Authority***,
     **Civil Action No. 19-cv-10930 (SLC) - Status Report**

Dear Judge Cave:

  The parties jointly submit this request for a two-week adjournment of the status conference scheduled for February 19, 2025 (*see* ECF No. 110). The parties have finalized their settlement agreement, but Plaintiffs' counsel requires additional time to collect signatures from the named Plaintiffs in this matter, as some of them have retired and counsel is awaiting responses from them. Plaintiffs are prepared to submit their motion requesting settlement approval once they have received those signatures.

  Thank you for your consideration of this request.

                Respectfully submitted,

                *Daniel Doeschner*
                Daniel Doeschner

cc: Counsel of Record (by ECF)

---

The parties' request at ECF No. 111 is **GRANTED.** The status conference set for February 19, 2025 (ECF No. 110) is **ADJOURNED** to **Monday, March 3, 2025 at 12:00 p.m.** in Courtroom 18A, 500 Pearl Street, New York, New York. The Court is not inclined to grant further extensions.

The Clerk of Court is respectfully directed to close ECF No. 111.

SO ORDERED. February 14, 2025

*Sarah L. Cave*
SARAH L. CAVE
United States Magistrate Judge