UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PATRICIA BECKWITH, et al.,

              Plaintiffs,

-v-

THE NEW YORK CITY TRANSIT AUTHORITY,

              Defendant.

CIVIL ACTION NO.: 19 Civ. 10930 (JPO) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the status conference held today, March 3, 2025, on or before **March 10, 2025**, the parties shall file their Cheeks submission for Court approval of their settlement agreement.

Dated:    New York, New York
           March 3, 2025

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge