UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PATRICIA BECKWITH, et al.,

                        Plaintiffs,

-v-                                      CIVIL ACTION NO.: 19 Civ. 10930 (JPO) (SLC)

THE NEW YORK CITY TRANSIT AUTHORITY,      **ORDER**

                        Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

The Court has reviewed Plaintiffs' letter dated March 10, 2025 (ECF No. 114), seeking approval of their Proposed Settlement Agreement and Release (ECF No. 115-1 (the "Agreement")).  The Court has concerns about the Agreement, in particular, paragraph 5, which prohibits Plaintiffs and their counsel from publicizing the Agreement "in any manner[,]" including on social media or Plaintiffs' counsel's website.  (ECF No. 115-1 at 3 ¶ 5).  See Barsa v. Beacon Health Options, Inc., No. 19 Civ. 1646 (JPO) (BCM), 2020 WL 7240346, at *8 (S.D.N.Y. July 10, 2020) ("Provisions that significantly limit an FLSA plaintiff's ability to communicate truthful information about an FLSA settlement (or the underlying lawsuit) are contrary to public policy because they prevent the spread of information about FLSA actions to other workers . . . who can then use that information to vindicate their statutory rights.") (internal citation omitted); Alvarez v. Schnipper Rest. LLC, No. 16 Civ. 5779 (ER), 2019 WL 5681633, at *3–4 (S.D.N.Y. Nov. 1, 2019) (rejecting FLSA settlement provision that prohibited plaintiff "from publicizing the terms of the agreement and release to the media or from discussing them on social media").

Accordingly, a telephone conference is scheduled for **Wednesday, March 12, 2025 at 1:00 p.m. ET** on the Court's Microsoft Teams platform.  Counsel for all parties are directed to call: (646) 453-4442; phone conference ID: 335 180 997#, at the scheduled time.

Dated:    New York, New York
          March 11, 2025

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**