UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PATRICIA BECKWITH, et al.,

                Plaintiffs,

-v-

THE NEW YORK CITY TRANSIT AUTHORITY,

                Defendant.

CIVIL ACTION NO.: 19 Civ. 10930 (JPO) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held today, March 12, 2025, it is ORDERED that on or before **March 19, 2025**, Defendant's counsel shall (i) confer with Defendant regarding the Court's concerns with Paragraph 5 of the Settlement Agreement (ECF Nos. 115-1 at 3 ¶ 5; 118), (ii) meet and confer with Plaintiffs regarding how to proceed, and (iii) file a letter setting forth how the parties intend to proceed.

Dated:     New York, New York
            March 12, 2025

                                          SO ORDERED.

                                          _____
                                          SARAH L. CAVE
                                          United States Magistrate Judge