UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PATRICIA BECKWITH, et al.,

                  Plaintiffs,

-v-

THE NEW YORK CITY TRANSIT AUTHORITY,

                  Defendant.

CIVIL ACTION NO.: 19 Civ. 10930 (JPO) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The parties were directed to file a letter by March 19, 2025, setting forth how they intend to proceed after they met and conferred on the Court's concerns with Paragraph 5 of the Settlement Agreement. (ECF Nos. 115-1 at 3 ¶ 5; 118; 119). As a one-time courtesy, the Court sua sponte extends the deadline for the parties to file the letter up to and including **March 21, 2025**.

Dated:    New York, New York
            March 20, 2025

SO ORDERED.

_____
**SARAH L. CAVE**
United States Magistrate Judge